(October 26, 1979)

■ In the Matter of G. OLIVER KOPPELL, Appellant, v ANTHONY SADOWSKI et al., Constituting the Board of Elections of the City of New York, Respondents, and STANLEY SIMON, Respondent.—Judgment, Supreme Court, Bronx County, entered on October 23, 1979, unanimously affirmed, without costs and without disbursements. We have concluded that the documents submitted to the Board of Elections were sufficient to constitute the nomination of Mr. Simon as the candidate of the Republican Party in place of the original designee, who had declined. Concur—Kupferman, J. P., Birns, Fein, Sandler and Markewich, JJ.